1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   ROBERT DAVID REES (CASBN 229441)
    Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California 94102
        Telephone:  (415) 436-7210
7       Facsimile:  (415) 436-7234
        Email:  robert.rees@usdoj.gov
8
    Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 96 00094
                                     )       CR 98-40003
14          Plaintiff,               )
                                     )   **STIPULATION AND [~~PROPOSED~~]**
15      v.                           )   **ORDER RE:  CONTINUANCE OF**
                                     )   **RESENTENCING**
16  CHHAYARITH RETH,                 )
                                     )   Hearing:    December 12, 2007
17          Defendant.               )   Time:       1:30PM
                                     )   Court:      Hon. Phyllis Hamilton
18  _____ )

19          Due to the relatively complex procedural history of the case, the parties hereby

20  stipulate and agree to continue the resentencing of the defendant by approximately six

21  weeks to allow for additional time to prepare sentencing memoranda for the Court.

22  Accordingly, the United States' sentencing memorandum shall be filed by December 26,

23  2007, the defendant's memorandum shall be filed on January 16, 2008, and the parties

24  //

25  //

26  //

27  //

28  //

    Stipulation Re:  Continuance of Re-Sentencing
    CR 96 00094, CR 98 40003

1  shall appear for a status hearing on January 30, 2008 at 1:30PM.

2

3         IT IS SO STIPULATED.

4

5  DATED:  December 3, 2007                    /s
                                   _____
6                                  ROBERT DAVID REES
                                   Assistant United States Attorney
7

8  DATED:  December 3, 2007                    /s
                                   _____
9                                  DEAN PAIK, ESQ.
                                   Attorney for Defendant Reth

10

11        IT IS SO ORDERED.

12

13  DATED: ___12/4/07_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re:  Continuance of Re-Sentencing
CR 96 00094, CR 98 40003                    2