DEAN D. PAIK (State Bar No. 126920)
COHEN & PAIK LLP
300 Montgomery Street, Suite 660
San Francisco, CA  94104
Telephone:     (415) 398-3900
Facsimile:     (415) 398-7500

Attorneys for Defendant
**CHHAYARITH RETH**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

CHHAYARITH RETH,

       Defendant.

) Case No.: CR-96-94-PJH
)                 CR-98-40003-PJH
)
) **STIPULATION AND [~~PROPOSED~~]**
) **ORDER TO CONTINUE RESENTENCING**
)
)
)
)
)

**STIPULATION AND [~~PROPOSED~~] ORDER**

       Due to the complexity of the issues raised by Mr. Reth's resentencing, the parties

stipulate and agree to continue Mr. Reth's resentencing two weeks to allow him additional time

to respond to the government's sentencing memorandum and motion for downward departure

based on substantial assistance.  Accordingly, Mr. Reth's sentencing memorandum shall be filed

by January 30, 2008 and the parties shall appear for a status hearing on February 13, 2008 at 1:30 p.m.

AGREED TO AND SO STIPULATED:


Dated: _____ /s/ _____
                                  DEAN D. PAIK, Esq.
                                  Counsel for Chhayarith Reth



Dated: _____ /s/ _____
                                  ROBERT DAVID REES, Esq.
                                  Counsel for United States of America


IT IS SO ORDERED:


Dated:   1/11/08



■ 2 -